Shan Edward CARTER,
Plaintiff-Appellant,

v.

John W. SHERRILL; Benjamin R. David; Jay D. Hockenbury; Kristin D. Parks; Margaret T. Cloutier; William H. Durham; Roy A. Cooper, III; Phyllis M. Gorham; D. Jack Hooks, Jr.; Sherri Horner-Lawrence; George P. Corvin; N.C. State Bar; N.C. Department of Justice, Defendants-Appellees.

No. 17-6907

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Shan Edward Carter, Appellant Pro Se.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shan Edward Carter appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carter v. Sherill*, No. 5:16-ct-03272-D (E.D.N.C. June 13 & July 17, 2017). We also deny Carter's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*